### 3720. HARRIS v. THE STATE.

RUSSELL, J. As to fraudulent intent the evidence is not sufficient to authorize conviction. The case is controlled by the decision of this court in *Mulkey v. State,* 1 *Ga. App.* 521 (57 S. E. 1022).

*Judgment reversed. Pottle, J., not presiding.*
DECIDED APRIL 2, 1912.

Accusation of cheating and swindling; from city court of Madison—Judge Anderson. September 2, 1911.

*Percy Middlebrooks,* for plaintiff in error.

*A. G. Foster, solicitor,* contra.